**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Deldor Wellness, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **85-1465164** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **26 Washington St** <br> **Tenafly, NJ 07670-3213** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bergen** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://deldorwellnessnj.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Deldor Wellness, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | **Newark** | When | **12/21/22** | Case number | **22-20018** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Deldor Wellness, Inc.**                                    Case number (*if known*) _____
     Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

   **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Deldor Wellness, Inc.**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Deldor Wellness, Inc.** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2023**
            MM / DD / YYYY

X **/s/**
Signature of authorized representative of debtor          Printed name

Title

---

**18. Signature of attorney**

X **/s/ Brian G. Hannon**          Date **August 25, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Brian G. Hannon**
Printed name

**Norgaard, O'Boyle & Hannon**
Firm name

**184 Grand Ave**
**Englewood, NJ 07631-3578**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    **bhannon@norgaardfirm.com**

**BG-3645**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Deldor Wellness, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2023**          X **/s/**

Signature of individual signing on behalf of debtor

Printed name

Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Deldor Wellness, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $     21,485.84

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $     21,485.84

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     90,761.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     485,095.74

4. Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b
   $     575,856.97

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Deldor Wellness, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY, NEWARK DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alma Laser 485 Day Rd Buffalo Grove, IL 60089** | | **Business Debt** | | | | **$0.00** |
| **Amerifi Capital, LLC 330 Main St Hartford, CT 06106-1860** | | **Business Debt** | | **$38,761.23** | **$0.00** | **$38,761.23** |
| **Block, Inc. 1455 Market St Ste 600 San Francisco, CA 94103-1332** | | **Business Debt** | | | | **$0.00** |
| **Cherrywood Enterprises, LLC c/o Sklar Law, LLC 20 Brace Rd Ste 205 Cherry Hill, NJ 08034-2634** | | **Business Debt** | | | | **$0.00** |
| **Clicklease, LLC c/o The Law Offices of Joseph A. Molinar 648 Wyckoff Ave Wyckoff, NJ 07481-1428** | | **Business Debt** | | | | **$12,444.08** |
| **FC Marketplace, LLC 747 Front St Fl 4 San Francisco, CA 94111-1922** | | **Business Debt** | | | | **$0.00** |
| **Funding Circle 85 2nd St Ste 400 San Francisco, CA 94105-3462** | | **Business Debt** | | | | **$0.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Deldor Wellness, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MedShift 525 N Tryon St Ste 1600 Charlotte, NC 28202-0213** | | **Business Debt** | | | | $22,814.54 |
| **MedShift 525 N Tryon St Ste 1600 Charlotte, NC 28202-0213** | | **Business Debt** | | | | $143,755.42 |
| **MedShift 525 N Tryon St Ste 1600 Charlotte, NC 28202-0213** | | | | | | $51,390.48 |
| **Merk Funding, Inc. 3611 14th Ave Brooklyn, NY 11218-3773** | | **Business Debt** | **Disputed** | $52,000.00 | $0.00 | $52,000.00 |
| **REMEX Inc. 307 Wall St Princeton, NJ 08540-1515** | | **Business Debt** | | | | $0.00 |
| **Savit Collection Agency PO Box 250 East Brunswick, NJ 08816-0250** | | **Business Debt** | | | | $0.00 |
| **Swift Financial 3505 Silverside Rd Ste 200 Wilmington, DE 19810-4905** | | **Business Debt** | | | | $19,114.20 |
| **Telecom PO Box 4500 Allen, TX 75013-1311** | | **Business Debt** | | | | $0.00 |
| **TKK Broadway Management, LLC c/o Raymond & Raymond 7 Glenwood Ave Fl 4 East Orange, NJ 07017-1061** | **Herbert B. Raymond, Esq.** | | **Disputed** | | | $14,254.54 |
| **True Business Funding, LLC 301 Mill Rd Ste U-5 Hewlett, NY 11557-1291** | | **Business Debt** | | | | $0.00 |

| Debtor | **Deldor Wellness, Inc.** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Utility Self Reported/Public Service Ent PO Box 4500 Allen, TX 75013-1311** | | **Business Debt** | | | | **$0.00** |
| **Viora Sinclair Company 213 W 35th St New York, NY 10001-1903** | | **Business Debt** | | | | **$56,511.00** |
| **Yunis Properties, Inc. 32 Washington St Tenafly, NJ 07670-3216** | | **Business Debt** | | | | **$164,811.48** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Deldor Wellness, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Business Checking** | **5621** | **$9,730.84** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$9,730.84**

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Landlord** | **$3,200.00** |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.   **$3,200.00**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Deldor Wellness, Inc.**
Name

Case number *(If known)* _____

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** **Salon Products** | | **$5,000.00** | | **$5,000.00** |

---

**23. Total of Part 5.**    **$5,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Deldor Wellness, Inc.**
Name

Case number *(If known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | Office furniture **Office Furniture/Fixtures/Equipment** | $3,305.00 | Forced Liquidati | $3,305.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $3,305.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Deldor Wellness, Inc.**_____          Case number *(If known)* _____
          Name

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **Storage Unit Contents**_____                              **$250.00**

78.   **Total of Part 11.**                                                    | **$250.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor      **Deldor Wellness, Inc.**
                Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,730.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,305.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,485.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,485.84 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Deldor Wellness, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW JERSEY, NEWARK DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1  Amerifi Capital, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien

**Amount of claim:** $38,761.23    **Value of collateral:** $0.00

**330 Main St**
**Hartford, CT 06106-1860**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3754**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Cedar Advance, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**Business Debt**

**Amount:** unknown    **Value:** $0.00

**2917 Avenue I**
**Brooklyn, NY 11210-2934**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3556**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Deldor Wellness, Inc.**
Name

Case number (if known) _____

---

| 2.3 | **CHTD Company** | Describe debtor's property that is subject to a lien | | unknown | $0.00 |

Creditor's Name

**Business Debt**

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5114**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | | unknown | $0.00 |

Creditor's Name

**Business Debt**

**8200 NW 52nd Ter Fl 2**
**Doral, FL 33166-7852**
Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5396**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | | unknown | $0.00 |

Creditor's Name

**Business Debt**

**PO Box 4568**
**Federal Way, WA 98063-4568**
Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Deldor Wellness, Inc.**
Name

Case number (if known) _____

**Date debt was incurred**

**Last 4 digits of account number**
**9295**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | **unknown** | **$0.00** |

Creditor's Name

**Business Debt**

**PO Box 4568**
**Federal Way, WA**
**98063-4568**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4911**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Merk Funding, Inc.** | Describe debtor's property that is subject to a lien | **$52,000.00** | **$0.00** |

Creditor's Name

**3611 14th Ave**
**Brooklyn, NY 11218-3773**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4725**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Quicksilver Capital** | Describe debtor's property that is subject to a lien | **unknown** | **$0.00** |

---

Debtor    **Deldor Wellness, Inc.**
_____
Name

Case number (If known) _____

Creditor's Name

**Business Debt**

**181 S Franklin Ave**
**Valley Stream, NY**
**11581-1138**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4590**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $90,761.23 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line **2.7** | **4725** |
| **Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line **2.7** | **4725** |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line **2.3** | **5114** |
| **Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line **2.3** | **5114** |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line **2.4** | **5396** |
| **Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line **2.4** | **5396** |
| **Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line **2.2** | **3556** |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line **2.2** | **3556** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Deldor Wellness, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line **2.8** | **4590** |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line **2.8** | **4590** |
| **Erica R. Gilerman, Esq.**<br>**515 Madison Ave Ste 8108**<br>**New York, NY 10022-5403** | Line **2.1** | **3754** |
| **Ershowsky & Verstandig, PLLC**<br>**290 Central Ave Ste 109**<br>**Lawrence, NY 11559-8507** | Line **2.7** | **4725** |
| **Goldman, Imani & Goldberg, Inc.**<br>**9894 Bissonnet St**<br>**Houston, TX 77036-8239** | Line **2.4** | **5396** |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.5** | **9295** |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.6** | **4911** |
| **Triton Recovery, LLC**<br>**19790 W Dixie Hwy Ste 301**<br>**Aventura, FL 33180-2293** | Line **2.1** | **3754** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Deldor Wellness, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, NEWARK DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Alma Laser**<br><br>**485 Day Rd**<br>**Buffalo Grove, IL 60089**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Block, Inc.**<br><br>**1455 Market St Ste 600**<br>**San Francisco, CA 94103-1332**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Cherrywood Enterprises, LLC**<br>**c/o Sklar Law, LLC**<br>**20 Brace Rd Ste 205**<br>**Cherry Hill, NJ 08034-2634**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **unknown** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Clicklease, LLC**<br>**c/o The Law Offices of Joseph A. Molinar**<br>**648 Wyckoff Ave**<br>**Wyckoff, NJ 07481-1428**<br>Date(s) debt was incurred __<br>Last 4 digits of account number  **3616** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,444.08** |

| Debtor | **Deldor Wellness, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**FC Marketplace, LLC**

747 Front St Fl 4
San Francisco, CA 94111-1922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Funding Circle**

85 2nd St Ste 400
San Francisco, CA 94105-3462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Funding Metrics**

3220 Tillman Dr Ste 200
Bensalem, PA 19020-2028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Hitachi Capital America Corp.**

800 Connecticut Ave
Norwalk, CT 06854-1631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Lendini**

884 Town Center Dr
Langhorne, PA 19047-1748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Loan Builders/Swift Financial**

3505 Silverside Rd
Wilmington, DE 19810-4905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,814.54**

**MedShift**

525 N Tryon St Ste 1600
Charlotte, NC 28202-0213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Viora-Dermafuse & Pristine Pro

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Deldor Wellness, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143,755.42** |
| | **MedShift** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **525 N Tryon St Ste 1600** | ☐ Disputed | |
| | **Charlotte, NC 28202-0213** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Viora-Elysion Preime** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,390.48** |
| | **MedShift** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **525 N Tryon St Ste 1600** | ☐ Disputed | |
| | **Charlotte, NC 28202-0213** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Viora-V10** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
| | **REMEX Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **307 Wall St** | ☐ Disputed | |
| | **Princeton, NJ 08540-1515** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
| | **Savit Collection Agency** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 250** | ☐ Disputed | |
| | **East Brunswick, NJ 08816-0250** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,114.20** |
| | **Swift Financial** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3505 Silverside Rd Ste 200** | ☐ Disputed | |
| | **Wilmington, DE 19810-4905** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
| | **Telecom** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 4500** | ☐ Disputed | |
| | **Allen, TX 75013-1311** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,254.54** |
| | **TKK Broadway Management, LLC** | ☐ Contingent | |
| | **c/o Raymond & Raymond** | ☐ Unliquidated | |
| | **7 Glenwood Ave Fl 4** | ■ Disputed | |
| | **East Orange, NJ 07017-1061** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Deldor Wellness, Inc.** | | Case number (if known) | |
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**True Business Funding, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**301 Mill Rd Ste U-5**
**Hewlett, NY 11557-1291**

**Basis for the claim:** _

Date(s) debt was incurred _

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Utility Self Reported/Public Service Ent**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 4500**
**Allen, TX 75013-1311**

**Basis for the claim:** _

Date(s) debt was incurred _

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,511.00 |
|---|---|---|---|

**Viora Sinclair Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**213 W 35th St**
**New York, NY 10001-1903**

**Basis for the claim:** _

Date(s) debt was incurred _

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,811.48 |
|---|---|---|---|

**Yunis Properties, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**32 Washington St**
**Tenafly, NJ 07670-3216**

**Basis for the claim:** _

Date(s) debt was incurred _

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew Sklar, Esq,**<br>**Sklar, LLC**<br>**20 Brace Rd Ste 205**<br>**Cherry Hill, NJ 08034-2634** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Financial Pacific Leasing, Inc.**<br>**PO Box 4568**<br>**Federal Way, WA 98063-4568** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Howard D. Lipstein, Esq.**<br>**535 Morris Ave**<br>**Springfield, NJ 07081-1038** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Lee, LLC**<br>**770 River Rd**<br>**Edgewater, NJ 07020-6600** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Debtor  **Deldor Wellness, Inc.**
_____
Name                                    Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 485,095.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 485,095.74 |

**Fill in this information to identify the case:**

Debtor name       **Deldor Wellness, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease-Viora/Dermafuse and Pristine Pro** | |
| | State the term remaining | | **MedShift** |
| | List the contract number of any government contract | | **525 N Tryon St Charlotte, NC 28202-0202** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease-Viora Elysion/Preime** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **MedShift** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease-Viora V10** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medshift** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease-V20** | |
| | State the term remaining | **Contract expires in 2027** | **Viora Sinclair Company** |
| | List the contract number of any government contract | | **213 W 35th St New York, NY 10001-1903** |

**Fill in this information to identify the case:**

Debtor name     **Deldor Wellness, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Delma Rodriguez** | **60 Oak St 204**<br>**East Rutherford, NJ 07073-1204** | **Block, Inc.** | ☐ D _____<br>☑ E/F ___3.2___<br>☐ G _____ |
| 2.2 | **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Everest Business Funding** | ☑ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Funding Circle** | ☐ D _____<br>☑ E/F ___3.6___<br>☐ G _____ |
| 2.4 | **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Funding Metrics** | ☐ D _____<br>☑ E/F ___3.7___<br>☐ G _____ |
| 2.5 | **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Hitachi Capital America Corp.** | ☐ D _____<br>☑ E/F ___3.8___<br>☐ G _____ |
| 2.6 | **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Lendini** | ☐ D _____<br>☑ E/F ___3.9___<br>☐ G _____ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Deldor Wellness, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Loan Builders/Swift Financial** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.8  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **REMEX Inc.** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.9  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Savit Collection Agency** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.10  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Swift Financial** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.11  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Telecom** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.12  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **True Business Funding, LLC** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.13  **Delma Rodriguez** | **60 Oak St Apt 204**<br>**East Rutherford, NJ 07073-1204** | **Utility Self Reported/Public Service Ent** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Deldor Wellness, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other | $964,892.00 |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other | $690,847.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Deldor Wellness, Inc.**                                                   Case number *(if known)* _____

relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Owners Mother** | | **$8,400.00** | repayment of debt |
| **Mom** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">**Part 3:**</div>    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Cherrywood Enterprises, LLC, assignee of Financial Pacific Leasing vs. Deldor Day Spa** L-6836-22 | **Complaint** | **Bergen County Law Division** 10 Main St Hackensack, NJ 07601-7042 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Delma Y Rodriguez** 22-20018 | **Bk Filing- Case Dismissed** | **US Bankruptcy Court** | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<div style="background:black;color:white">**Part 4:**</div>    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Deldor Wellness, Inc.**                                   Case number *(if known)*

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Norgaard, O'Boyle & Hannon**<br>**184 Grand Ave**<br>**Englewood, NJ 07631-3578** | **Attorney Fee** | | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Ralph A. Ferro, Jr., Esq.**<br>**66 E Main St Ste 3**<br>**Little Falls, NJ 07424-5629** | **Attorney Fees-Prior Counsel** | | **$18,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Deldor Wellness, Inc.**                                                     Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Home Address, Email, Phone Numbers**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Santander Bank PO Box 12646 Reading, PA 19612-2646** | **XXXX-7264** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **February 2022** | **$3,775.42** |

| Debtor | **Deldor Wellness, Inc.** | Case number *(if known)* |
|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Cube Storage** | | **Tools and old TV** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Deldor Wellness, Inc.** | | Case number *(if known)* | |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Penrose & Associates**<br>**560 Sylvan Ave**<br>**Englewood Cliffs, NJ 07632-3119** | **2019-2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Penrose & Associates**<br>**560 Sylvan Ave**<br>**Englewood Cliffs, NJ 07632-3119** | **2019-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Penrose & Associates**<br>**560 Sylvan Ave**<br>**Englewood Cliffs, NJ 07632-3119** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **Deldor Wellness, Inc.**                                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Delma Y Rodriguez | 60 River Oaks Dr<br>Rutherford, NJ 07070 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **Deldor Wellness, Inc.**                                             Case number *(if known)*

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2023**

**/s/**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

IN RE:                                                                                    Case No. _____

**Deldor Wellness, Inc.** _____            Chapter **11** _____
<center>Debtor(s)</center>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br> Address: <br><br> _____ <br><br> _____ <br> **X** _____ <br> Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above. | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) <br> (Required by 11 U.S.C. § 110.) |

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Deldor Wellness, Inc.** _____        **X** _/s/_____    **8/25/2023**
Printed Name(s) of Debtor(s)                                                   Signature of Debtor                                    Date

Case No. (if known) _____        **X** _____
                                                                                        Signature of Joint Debtor (if any)                        Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey, Newark Division

In re **Deldor Wellness, Inc.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

☑ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **10,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **400.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Deldor Wellness, Inc.**                                    Case No. _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**August 25, 2023**                              **/s/ Brian G. Hannon**
_____       _____
*Date*                                              **Brian G. Hannon**
                                                    *Signature of Attorney*
                                                    **Norgaard, O'Boyle & Hannon**

                                                    **184 Grand Ave**
                                                    **Englewood, NJ 07631-3578**

                                                    **bhannon@norgaardfirm.com**
                                                    _____
                                                    *Name of law firm*

**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                              Case No. _____

Deldor Wellness, Inc.                                          Chapter **11** _____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August 25, 2023** _____        Signature: **/s/** _____
                                            ,                                                Debtor


Date: _____        Signature: _____
                                                                        Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Alma Laser
485 Day Rd
Buffalo Grove, IL  60089


Amerifi Capital, LLC
330 Main St
Hartford, CT  06106-1860


Andrew Sklar, Esq,
Sklar, LLC
20 Brace Rd Ste 205
Cherry Hill, NJ  08034-2634


Block, Inc.
1455 Market St Ste 600
San Francisco, CA  94103-1332


Cedar Advance, LLC
2917 Avenue I
Brooklyn, NY  11210-2934


Cherrywood Enterprises, LLC
c/o Sklar Law, LLC
20 Brace Rd Ste 205
Cherry Hill, NJ  08034-2634


CHTD Company
PO Box 2576
Springfield, IL  62708-2576

Clicklease, LLC
c/o The Law Offices of Joseph A. Molinar
648 Wyckoff Ave
Wyckoff, NJ  07481-1428


Corporation Service Company
PO Box 2576
Springfield, IL  62708-2576


Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL  62703-4261


Delma Rodriguez
60 Oak St Apt 204
East Rutherford, NJ  07073-1204


Erica R. Gilerman, Esq.
515 Madison Ave Ste 8108
New York, NY  10022-5403


Ershowsky & Verstandig, PLLC
290 Central Ave Ste 109
Lawrence, NY  11559-8507


Everest Business Funding
8200 NW 52nd Ter Fl 2
Doral, FL  33166-7852

FC Marketplace, LLC
747 Front St Fl 4
San Francisco, CA  94111-1922


Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA  98063-4568


Funding Circle
85 2nd St Ste 400
San Francisco, CA  94105-3462


Funding Metrics
3220 Tillman Dr Ste 200
Bensalem, PA  19020-2028


Goldman, Imani & Goldberg, Inc.
9894 Bissonnet St
Houston, TX  77036-8239


Hitachi Capital America Corp.
800 Connecticut Ave
Norwalk, CT  06854-1631


Howard D. Lipstein, Esq.
535 Morris Ave
Springfield, NJ  07081-1038

Lee, LLC
770 River Rd
Edgewater, NJ   07020-6600


Lendini
884 Town Center Dr
Langhorne, PA   19047-1748


Lien Solutions
PO Box 29071
Glendale, CA   91209-9071


Loan Builders/Swift Financial
3505 Silverside Rd
Wilmington, DE   19810-4905


MedShift
525 N Tryon St Ste 1600
Charlotte, NC   28202-0213


Merk Funding, Inc.
3611 14th Ave
Brooklyn, NY   11218-3773


Quicksilver Capital
181 S Franklin Ave
Valley Stream, NY   11581-1138

REMEX Inc.
307 Wall St
Princeton, NJ  08540-1515


Savit Collection Agency
PO Box 250
East Brunswick, NJ  08816-0250


Swift Financial
3505 Silverside Rd Ste 200
Wilmington, DE  19810-4905


Telecom
PO Box 4500
Allen, TX  75013-1311


TKK Broadway Management, LLC
c/o Raymond & Raymond
7 Glenwood Ave Fl 4
East Orange, NJ  07017-1061


Triton Recovery, LLC
19790 W Dixie Hwy Ste 301
Aventura, FL  33180-2293


True Business Funding, LLC
301 Mill Rd Ste U-5
Hewlett, NY  11557-1291

```
Utility Self Reported/Public Service Ent
PO Box 4500
Allen, TX   75013-1311


Viora Sinclair Company
213 W 35th St
New York, NY   10001-1903


Yunis Properties, Inc.
32 Washington St
Tenafly, NJ   07670-3216
```

FORM 7007.1-1 (10/07)

**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

IN RE:                                                    Case No.    _____
**Deldor Wellness, Inc.**                                 Chapter     __**11**_____
                          Debtor(s)

## CORPORATE OWNERSHIP STATEMENT

       Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

       _____Deldor Wellness, Inc._____, a
                    [Name of Corporate Party]

       (check one):

       [ X ]  Corporate Debtor

       [  ]  Party to an adversary proceeding

       [  ]  Party to a contested matter

       [  ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly  **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

       _____
       _____
       _____
       _____

**OR**

[ X  ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

       Dated this **25th** day of **August**, **2023**.

                               */s/ Brian G. Hannon*
                               _____
                               Attorney Name, OBA #**BG-3645**
                               [Address/Telephone/Fax/Email]
                               **Brian G. Hannon**
                               **184 Grand Ave**
                               **Englewood, NJ  07631-3578**
                               **Phone:   Fax:**
                               **bhannon@norgaardfirm.com**
                               Attorney for **Deldor Wellness, Inc.**