UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Alma Laser<br>485 Day Rd<br>Buffalo Grove, IL 60089 | Amerifi Capital, LLC<br>330 Main St<br>Hartford, CT 06106-1860 | Cedar Advance, LLC<br>2917 Avenue I<br>Brooklyn, NY 11210-2934 |
| Cherrywood Enterprises, LLC<br>c/o Sklar Law, LLC<br>20 Brace Rd Ste 205<br>Cherry Hill, NJ 08034-2634 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Clicklease, LLC, c/o<br>The Offices of Joseph A. Molinar<br>648 Wyckoff Ave<br>Wyckoff, NJ 07481-1428 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Corporation Service Company<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703-4261 | Everest Business Funding<br>8200 NW 52nd Ter Fl 2<br>Doral, FL 33166-7852 |
| FC Marketplace, LLC<br>747 Front St Fl 4<br>San Francisco, CA 94111-1922 | Financial Pacific Leasing, Inc.<br>PO Box 4568<br>Federal Way, WA 98063-4568 | Goldman, Imani & Goldberg, Inc.<br>9894 Bissonnet St<br>Houston, TX 77036-8239 |
| Howard D. Lipstein, Esq.<br>535 Morris Ave<br>Springfield, NJ 07081-1038 | Lee, LLC<br>770 River Rd<br>Edgewater, NJ 07020-6600 | Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 |
| MedShift<br>525 N Tryon St Ste 1600<br>Charlotte, NC 28202-0213 | Quicksilver Capital<br>181 S Franklin Ave<br>Valley Stream, NY 11581-1138 | TKK Broadway Management, LLC<br>c/o Raymond & Raymond<br>7 Glenwood Ave Fl 4<br>East Orange, NJ 07017-1061 |
| Viora Sinclair Company<br>213 W 35th St<br>New York, NY 10001-1903 | Yunis Properties, Inc.<br>32 Washington St<br>Tenafly, NJ 07670-3216 | Andrew Sklar, Esq,<br>Sklar, LLC<br>20 Brace Rd Ste 205<br>Cherry Hill, NJ 08034-2634 |
| Block, Inc.<br>1455 Market St Ste 600<br>San Francisco, CA 94103-1332 | Delma Rodriguez<br>60 Oak St Apt 204<br>East Rutherford, NJ 07073-1204 | Erica R. Gilerman, Esq.<br>515 Madison Ave Ste 8108<br>New York, NY 10022-5403 |
| Ershowsky & Verstandig, PLLC<br>290 Central Ave Ste 109<br>Lawrence, NY 11559-8507 | Funding Circle<br>85 2nd St Ste 400<br>San Francisco, CA 94105-3462 | Funding Metrics<br>3220 Tillman Dr Ste 200<br>Bensalem, PA 19020-2028 |
| Hitachi Capital America Corp.<br>800 Connecticut Ave<br>Norwalk, CT 06854-1631 | Lendini<br>884 Town Center Dr<br>Langhorne, PA 19047-1748 | Loan Builders/Swift Financial<br>3505 Silverside Rd<br>Wilmington, DE 19810-4905 |

| | | |
|---|---|---|
| Merk Funding, Inc.<br>3611 14th Ave<br>Brooklyn, NY 11218-3773 | REMEX Inc.<br>307 Wall St<br>Princeton, NJ 08540-1515 | Savit Collection Agency<br>PO Box 250<br>East Brunswick, NJ 08816-0250 |
| Swift Financial<br>3505 Silverside Rd Ste 200<br>Wilmington, DE 19810-4905 | Telecom<br>PO Box 4500<br>Allen, TX 75013-1311 | Triton Recovery, LLC<br>19790 W Dixie Hwy Ste 301<br>Aventura, FL 33180-2293 |
| True Business Funding, LLC<br>301 Mill Rd Ste U-5<br>Hewlett, NY 11557-1291 | Utility Self Reported/Public Service<br>PO Box 4500<br>Allen, TX 75013-1311 | Deldor Wellness, Inc<br>26 Washington St<br>Tenafly, NJ 07670-3213 |
| Fran B. Steele, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Delma Y. Rodriguez<br>60 Oak St, Apt. 204<br>East Rutherford, NJ 07073-1204 |
| Aldous & Associates<br>PO Box 171374<br>Holladay, UT 84117-1374 | Alltran Financial LP<br>5800 N Course Dr<br>Houston, TX 77072-1613 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| American Express<br>200 Vesey St<br>New York, NY 10285-1000 | Baxter Financial, LLC<br>c/o Fein Such Kahn & Shepard, PC<br>7 Century Dr Ste 201<br>Parsippany, NJ 07054-4609 | C.tech Collections, Inc.<br>PO Box 402<br>Mount Sinai, NY 11766-0402 |
| Capital One Bank USA NA<br>10700 Capitol One Way<br>Glen Allen, VA 23060-9243 | Comenity Capital Bank/Sephora<br>PO Box 183003<br>Columbus, OH 43218-3003 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Discover Bank<br>502 E Market St<br>Greenwood, DE 19950-9700 | Fair Capital<br>PO Box 399<br>New City, NY 10956-0399 | Faloni Law Group LLC<br>425 Eagle Rock Ave Ste 404<br>Roseland, NJ 07068-1717 |
| Goldman Sachs Bank USA<br>11850 S Election Rd<br>Draper, UT 84020-6887 | HSBC Bank USA<br>PO Box 4657<br>Carol Stream, IL 60197-4657 | I C Systems Collections<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| IRS-Centralized Insolvency<br>Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Irving Kaplan & Associates<br>130A W Westfield Ave<br>Roselle Park, NJ 07204 | JPMCB Card Services<br>PO Box 15369<br>Wilmington, DE 19850-5369 |

| | | |
|---|---|---|
| Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | LVNV Funding LLC<br>c/o Resurgent Capital Services, LP<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601-5115 | Midland Funding LLC<br>320 E Beaver Rd Ste 300<br>Troy, MI 48007 |
| New Century Financial Services, Inc.<br>110 S Jefferson Rd Ste 104<br>Whippany, NJ 07981-1038 | Pressler, Felt & Warshaw, LLP<br>7 Entin Rd<br>Parsippany, NJ 07054-5020 | Quarterspot, Inc.<br>2751 Prosperity Ave Ste 330<br>Fairfax, VA 22031-4326 |
| Radiology Associates of Ridgewood<br>20 Franklin Tpke<br>Waldwick, NJ 07463-1749 | Sheila A Bond, MD, PC<br>89 Valley Rd<br>Montclair, NJ 07042-2212 | State of NJ-Division of Taxation<br>Revenue Processing Center<br>PO Box 193<br>Trenton, NJ 08646-0193 |
| Summit Account Resolution<br>12201 Champlin Dr<br>Champlin, MN 55316-1930 | SYNCB/Amazon PLCC<br>PO Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>PO Box 960004<br>Orlando, FL 32896-0004 |
| The Valley Hospital<br>223 N Van Dien Ave<br>Ridgewood, NJ 07450-2726 | UniFin, Inc.<br>PO Box 4519<br>Skokie, IL 60076-4519 | |