UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: 11

Hearing Date: _____

Judge: _____

## APPLICATION FOR EXPEDITED CONSIDERATION
## OF FIRST DAY MATTERS

On _____, the debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. Counsel for the Debtor requests that the following relief be provided on a first day basis (check those that apply):

1. ☐ Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases.

2. ☐ Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements And Schedules.

3. ☐ Motion for an Order Authorizing the Emergency or Interim Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim or Final Hearing For Financing Pursuant to Bankruptcy Code §§ 363 and 364 and Fed. R. Bankr. P. 4001.

4. ☐ Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order Before it Becomes a Final Order.

5. ☐ Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-In-Interest a 60-Day Period to Object to Said Order Before it Become A Final Order.

6. ☐ Motion for an Order Authorizing the Debtor to Pay Prepetition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses Up To the Limits Set Forth in Bankruptcy Code § 507(A).

7. ☐ Motion for an Order Authorizing the Debtor to Pay Prepetition Sales, Use, Payroll And Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507.

8. ☐ Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities.

9. ☐ Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc.

10. ☐ Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies.

11. ☐ Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor.

12. ☐ Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance.

13. ☐ Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent.

14. ☐ Motion for an Order Establishing Noticing Procedures.

15. ☐ Others [Counsel should add all other motions for which it seeks consideration as a first day matter.]

Date: _____        _____
                                                                          Signature

*rev.8/1/15*