| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |

Case No.:       _____

Chapter:        _____

Adv. No.:       _____

Hearing Date:   _____

Judge:          _____

# CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____          _____
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Alma Laser<br>485 Day Rd<br>Buffalo Grove, IL 60089 | Amerifi Capital, LLC<br>330 Main St<br>Hartford, CT 06106-1860 | Cedar Advance, LLC<br>2917 Avenue I<br>Brooklyn, NY 11210-2934 |
| Cherrywood Enterprises, LLC<br>c/o Sklar Law, LLC<br>20 Brace Rd Ste 205<br>Cherry Hill, NJ 08034-2634 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Clicklease, LLC, c/o<br>The Offices of Joseph A. Molinar<br>648 Wyckoff Ave<br>Wyckoff, NJ 07481-1428 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Corporation Service Company<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703-4261 | Everest Business Funding<br>8200 NW 52nd Ter Fl 2<br>Doral, FL 33166-7852 |
| FC Marketplace, LLC<br>747 Front St Fl 4<br>San Francisco, CA 94111-1922 | Financial Pacific Leasing, Inc.<br>PO Box 4568<br>Federal Way, WA 98063-4568 | Goldman, Imani & Goldberg, Inc.<br>9894 Bissonnet St<br>Houston, TX 77036-8239 |
| Remex Inc.<br>307 Wall St<br>Princeton, NJ 08540-1515 | Merk Funding, Inc.<br>3611 14th Ave<br>Brooklyn, NY 11281-3773 | Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 |
| MedShift<br>525 N Tryon St Ste 1600<br>Charlotte, NC 28202-0213 | Quicksilver Capital<br>181 S Franklin Ave<br>Valley Stream, NY 11581-1138 | TKK Broadway Management, LLC<br>c/o Raymond & Raymond<br>7 Glenwood Ave Fl 4<br>East Orange, NJ 07017-1061 |
| Viora Sinclair Company<br>213 W 35th St<br>New York, NY 10001-1903 | Yunis Properties, Inc.<br>32 Washington St<br>Tenafly, NJ 07670-3216 | Savit Collection Agency<br>PO Box 250<br>East Brunswick, NJ 08816-0250 |
| Block, Inc.<br>1455 Market St Ste 600<br>San Francisco, CA 94103-1332 | Telecom<br>PO Box 4500<br>Allen, TX 75013-1311 | Erica R. Gilerman, Esq.<br>515 Madison Ave Ste 8108<br>New York, NY 10022-5403 |
| Ershowsky & Verstandig, PLLC<br>290 Central Ave Ste 109<br>Lawrence, NY 11559-8507 | Funding Circle<br>85 2nd St Ste 400<br>San Francisco, CA 94105-3462 | Funding Metrics<br>3220 Tillman Dr Ste 200<br>Bensalem, PA 19020-2028 |
| True Business Funding, LLC<br>301 Mill Rd, Ste U-5<br>Hewlett, NY 11557-1291 | Utility Self Reported/Public Service<br>PO Box 4500<br>Allen, TX 75013-11311 | Swift Financial<br>3505 Silverside Rd. Ste 200<br>Wilmington, DE 19810-4905 |